**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA : No. 85 EM 2019
:
:
:
v. :
:
:
:
RASHAWN DIXSON :
:
:
PETITION OF: TERI B. HIMEBAUGH :

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of October, 2019, in consideration of the Motion for Leave to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Philadelphia County for that court to determine whether Rashawn Dixson's present counsel should be permitted to withdraw.

The Court of Common Pleas of Philadelphia County is DIRECTED to enter its order regarding this remand within 60 days and to promptly notify this Court of its determination.